IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. C-07-2186-JL |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER ENFORCING SUMMONSES** |
| SCOTT CATHCART, WHITNEY CATHCART, and PERSEVERUS, LLC, | ) ) ) | |
| | ) | |
| **Respondents.** | ) ) | |

This case having come on for hearing on July 11, 2007, at 9:30 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summonses, it is hereby:

**ORDERED** that respondents, Scott Cathcart, Whitney Cathcart, and Perseverus, LLC, shall appear before Revenue Agent Marie Allen, or any other designated agent, on August 8, 2007, at 9:00a.m. , at the Offices of the Internal Revenue Service located at 450 Golden Gate Ave, San Francisco, CA 94102, and produce for the government's inspection and copying the books, records, papers, and other data described in the Internal Revenue Service Summonses, attached as Exhibits A through P to the Verified Petition To Enforce Internal Revenue Service Summonses.

**ORDERED** this   31ST   day of   JULY  , at San Francisco, California.

*James Larson*
UNITED STATES MAGISTRATE JUDGE

1