# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.  C 07 2186 JL |
| Petitioner, | |
| vs. | |
| SCOTT CATHCART, WHITNEY CATHCART, and PERSEVERUS, LLC, | ORDER RE: STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE |
| Respondents. | |

IT IS HEREBY ORDERED that the case management conference scheduled for March 26, 2008 is continued to April 16, 2008 at 10:30 a.m.

Dated:   3/21/08

_____
JAMES LARSON
United States Magistrate Judge

3

Stip. & Ord Cont. CMC
(C-07-2186-JL)