```
JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone: (415) 436-7000
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Petitioner,<br> v.<br>SCOTT CATHCART, WHITNEY CATHCART, and PERSEVERUS, LLC,<br>      Respondents. | No. C-07-2186-JL<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date: May 14, 2008**<br>**Time: 10:30 a.m.** |

  The parties agree, subject to the Court's approval, as follows:

  1. On April 20, 2007, Petitioner United States of America, filed a petition to enforce summonses for the production of documents to respondents Scott and Whitney Cathcart and Perseverus, LLC. The Court entered an order enforcing the summonses on July 31, 2007.

  2. Respondents have provided documents pursuant to the summonses. Respondents have cooperated with requests from the government for responsive documents on a continuing basis. The IRS is currently in the process of reviewing documents and requests an additional thirty days to review those documents to make a determination as to whether Respondents have fully complied with the summonses. Respondents have agreed to allow the additional time to determine whether the case should be dismissed.

3. The Court continued the case management conference once, currently scheduled for April 16, 2008. The parties request a further continuance to May 14, 2008.

IT IS SO STIPULATED:

    JOSEPH RUSSONIELLO
    United States Attorney

Dated: April 2, 2008      /s/ Cynthia Stier
    CYNTHIA STIER
    Assistant United States Attorney
    Tax Division

    Attorneys for Petitioner, United States

DATED: April 2, 2008      /s/ David B. Porter
    DAVID B. PORTER
    WOOD & PORTER, P.C.

    Attorney for Respondents

PURSUANT TO STIPULATION, IT IS SO ORDERED:

ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

That the case management conference, currently scheduled for April 16, 2008 at 10:30 am., is rescheduled to May 14, 2008 at 10:30 a.m.

Dated: April 3, 2008      /s/ James Larson
    HONORABLE JAMES LARSON
    UNITED STATES MAGISTRATE JUDGE