DAVID B. PORTER   SBN 155347
WOOD & PORTER, P.C.
333 Sacramento Street
San Francisco, CA  94111
Telephone:  (415) 834-0117
Facsimile:  (415) 834-1888
Email: porter@woodporter.com

*Attorneys for Respondents*
Scott Cathcart, Whitney Cathcart,
and Perseverus, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.  C 07 2186 JL |
| Petitioner, | |
| vs. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| SCOTT CATHCART, WHITNEY CATHCART, and PERSEVERUS, LLC, | |
| Respondents. | |

The parties agree, subject to the Court's approval, as follows:

1. On April 20, 2007, Petitioner United States of America, filed a petition to enforce summonses for the production of documents to Respondents Scott and Whitney Cathcart and Perseverus, LLC.  The Court entered an order enforcing the summonses on July 31, 2007.

2. Respondents have provided documents pursuant to the summonses.  Respondents have cooperated with requests from the government for responsive documents on a continuing basis. The IRS has been reviewing the documents and has now requested whether Respondents have additional documents or information concerning certain specific entities and/or transactions to determine whether Respondents have complied with the summonses and whether the case should be dismissed.

3. The Court continued the case management conference, currently scheduled for May 14, 2008, twice because the documents were still being reviewed by the IRS.  The parties request a

1

Stip. & Ord Cont. CMC
(C-07-2186-JL)

1  further continuance to June 18, 2008 to address the latest request.

2  IT IS SO STIPULATED:

3

4                                              WOOD & PORTER, P.C.

5  Dated: May 13, 2008           By:  /s/ David B. Porter
                                      DAVID B. PORTER
6

7                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
8

9  Dated: May 13, 2008           By:  /s/ Cynthia L. Stier
                                      CYNTHIA L. STIER
10                                     Assistant United States Attorney
                                      Tax Division
11

12

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED:

16
                                      ORDER
17

18  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

19       That the case management conference, currently scheduled for May 14, 2008 at 10:30 a.m.,

20  is rescheduled to June 18, 2008 at 10:30 a.m.

21

22  Dated:
23       5-14-08                      HONORABLE JAMES LARSON
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28  V817

                                      2

Stip. & Ord Cont. CMC
(C-07-2186-JL)